# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE et al., <br><br> Defendants. | No. 1:19-cv-1773 TNM |

## [proposed] ORDER

For the reasons set forth in Defendants' Memorandum in Support of Defendants' Motion to Dismiss, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: _____  _____
The Honorable Trevor N. McFadden
United States District Judge